**大成 DENTONS**

Timothy J. Straub
Managing Associate

timothy.straub@dentons.com
D  +1 212 768 6821

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

大成 Salans FMC SNR Denton McKenna Long
dentons.com

MEMO ENDORSED

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/5/19
```

December 5, 2019

**VIA ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square, Room 1506
New York, New York 10007

Re:   Morgan v. Living Proof, Inc.: Case No. 1:19-cv-07215-RA

Dear Judge Abrams:

Yesterday this law firm was retained to represent defendant Living Proof, Inc. ("Defendant") in the above-referenced matter. Given our recent retention, we respectfully request that the Court set Defendant's deadline to answer, move, or otherwise respond to the complaint of plaintiff Jon R. Morgan's ("Plaintiff") at January 10, 2020.

Plaintiff's counsel has consented to the requested extension, which will permit Defendant's counsel to investigate and the parties to communicate regarding Plaintiff's allegations. There have been no prior extensions, but the Court has ordered Plaintiff to inform it by December 9, 2019, whether he intends to move for default. (Doc. 8.) We believe that approval of the requested extension will obviate the need for such response from Plaintiff at this time.

Additionally, we request that this Court schedule the previously adjourned initial conference for a date of its convenience following Defendant's deadline to respond.

Respectfully submitted,

Timothy J. Straub

---

Application granted. Defendant shall respond to the Complaint no later than January 10, 2020. An initial status conference is scheduled for January 17, 2020 at 1:15 p.m. The parties shall file the materials set forth in Dkt. 5 no later than January 10, 2020.

SO ORDERED.

Hon. Ronnie Abrams
12/5/2019