

ATTORNEYS & COUNSELORS - AT - LAW

**Phone:** (718) 971-9474 | **Fax:** (718) 865-0943 | **Email:** Jshalom@JonathanShalomLaw.com
**Office:** 105-13 Metropolitan Avenue Forest Hills, New York 11375

January 13, 2020

**VIA ECF**

Hon. Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/13/20

Re:   Morgan v. Living Proof, Inc., Civil Action No. 1:19-cv-07215

MEMO ENDORSED

Dear Judge Abrams:

      We represent Plaintiff Jon R. Morgan in the above-referenced matter. We write jointly with Defense counsel pursuant to Rule 1.D of Your Honor's Individual Motion Practices and Rules, to request an adjournment of the Initial Conference to February 4, 2020, February 11, 2020, February 12, 2020 or another date that is convenient for the Court.

      The Initial Conference is currently scheduled for January 17, 2020. The parties respectfully request an adjournment because the undersigned will be traveling out of state and will not be able to be present in Court. The parties conferred, and counsel for both parties are available on February 4, 2020, February 11, 2020, February 12, 2020 or another date that is convenient for the Court.

      This is the first request for an adjournment of the Initial Conference. No other deadlines have been scheduled in this case, and accordingly, the requested adjournment will not impact any dates previously scheduled after the current Initial Conference date.

      We thank the Court for its attention to this matter.

Sincerely,

Jonathan Shalom

---

Application granted. The initial conference scheduled for January 17, 2020 is hereby adjourned to February 4, 2020 at 11:00 a.m. The joint letter and proposed case management plan shall be filed no later than January 28, 2020.

SO ORDERED.

Hon. Ronnie Abrams
1/13/2020