USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1/21/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JON R. MORGAN, *on behalf of himself and all others similarly situated*,

Plaintiff,

v.

LIVING PROOF, INC.,

Defendant.

19-CV-7215 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

No later than January 22, 2020, the parties shall jointly file a letter updating the Court as to the status of this case.

SO ORDERED.

Dated: January 21, 2020
New York, New York

Ronnie Abrams
United States District Judge