

ATTORNEYS & COUNSELORS - AT - LAW

**Phone:** (718) 971-9474 | **Fax:** (718) 865-0943 | **Email:** Jshalom@JonathanShalomLaw.com
**Office:** 105-13 Metropolitan Avenue Forest Hills, New York 11375

MEMO ENDORSED

January 30, 2020

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/30/20
```

<u>VIA ECF</u>
Honorable Judge Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: <u>Jon R. Morgan v. Living Proof, Inc.</u>, Case No. 1:19-cv-07215-RA

To the Hon. Judge Abrams,

    We represent Plaintiff Jon R. Morgan ("Plaintiff") in the above-referenced action. Pursuant to Rule 1(B) of Your Honor's Individual Practices, we write jointly with Defense counsel to respectfully request that the Court stay all deadlines including the Initial Conference currently scheduled February 4, 2020 for 45 days, from January 30, 2020 to March 13, 2020, to allow the parties to finalize discussions to affect the voluntary dismissal of all claims asserted in the action. Once finalized, the parties will file a Stipulation of Voluntary Dismissal with the Court.

Respectfully submitted,

/s/ Jonathan Shalom
Jonathan Shalom, Esq.
*Attorneys for Plaintiff*

APPLICATION GRANTED
SO ORDERED

_____
RONNIE ABRAMS, U.S.D.J.
1/30/20